## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

LISA M. GALUSHA,                        )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )        NO.  CIV-07-884-HE
                                        )
MICHAEL J. ASTRUE, Commissioner         )
of Social Security Administration,      )
                                        )
            Defendant.                  )

## ORDER

Plaintiff Lisa M. Galusha instituted this action seeking judicial review of the defendant Commissioner's final decision denying her application for supplemental security income benefits. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Bana Roberts, who has recommended that the Commissioner's decision be affirmed.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1)(C); LCvR72.1. Accordingly, the court adopts Magistrate Judge Robert's Report and Recommendation. The Commissioner's decision is **affirmed**.

**IT IS SO ORDERED**.

Dated this _13_ day of _JUNE_ , 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE